THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Bobby Wayne
 Allison, Appellant.
 
 
 

Appeal From Spartanburg County
 John C. Few, Circuit Court Judge
Unpublished Opinion No.  2008-UP-097
Submitted February 1, 2008  Filed
 February 11, 2008
APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, South Carolina Commission on
 Indigent Defense, of Columbia, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for
 Respondent.
 
 
 

PER CURIAM: Bobby
 Wayne Allison appeals his guilty plea to first-degree
 burglary.  On appeal, Allison maintains his guilty plea failed to conform with
 the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  Specifically,
 Allison maintains the trial court abused its discretion by accepting his guilty
 plea when he was hesitant to waive his right to a jury trial.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Allisons appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
HEARN,
 C.J., PIEPER, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.